## Commonwealth v. Markle, Appellant.

Submitted September 30, 1968. Before BELL, C. J., MUSMANNO, JONES, EAGEN, O'BRIEN and ROBERTS, JJ.

*Joseph A. Nickleach,* for appellant.

*Harry A. Heilman, Jr.,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, November 12, 1968:
Order affirmed.

Mr. Justice MUSMANNO did not participate in the decision of this case.

Mr. Justice COHEN did not participate in the consideration or decision of this case.